IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA INMAN     PLAINTIFF

VS.     CASE NO. 1:14CV169-GHD-SAA

FRED'S STORES OF TENNESSEE, INC.     DEFENDANT

## ORDER OF DISMISSAL

The court has been advised by counsel pursuant to Rule 41 Voluntary Dismissal of Third Party Complaint without prejudice [59] filed in this case on September 15, 2015, that the Defendant/Third Party Plaintiff Fred's Store of Tennessee, Inc., does voluntarily dismiss without prejudice the Third Party Complaint filed in this action.

THEREFORE, IT IS HEREBY ORDERED that the Third Party Complaint in this action is dismissed without prejudice.

This 3 day of December, 2015.

_____
Senior United States District Judge