IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA INMAN                                                    PLAINTIFF

v.                                         CIVIL ACTION NO. 1:14-cv-00169-GHD-SAA

FRED'S STORES OF TENNESSEE, INC.;
RECORD USA, INC.; COMMERCIAL
SOLUTIONS, INC. f/k/a Glass America;
AUTOMATED DOORS AND ACCESS, INC.; and
WESTMORELAND GLASS CO.                                DEFENDANTS

## **ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) Plaintiff's motion to remand the case to state court [135] is GRANTED based on lack of complete diversity of citizenship;

(2) the matter is REMANDED to the Circuit Court of Prentiss County, Mississippi; and

(3) this case is CLOSED.

SO ORDERED, this, the /s/ 1 day of August, 2016.

_____
SENIOR U.S. DISTRICT JUDGE